# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0062. MICHAEL DARNELL PARSON v. CRAIG L. SCHWALL, JUDGE.**

Upon consideration of the APPELLANT'S RULE 40(C) ORIGINAL MANDAMUS in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  09/17/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*